IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CR-196-MEF |
| | ) | |
| ROYCE ANTHONY WILLIAMS | ) | |
| | ) | |

**ORDER**

The trial of this case commenced with jury selection on May 18, 2009. The Court submitted the case to the jury on May 22, 2009, but the defendant predeceased the conclusion of this case by jury verdict. Therefore, it is hereby

ORDERED that the trial of this case, commenced on May 18, 2009, resulted in, and the Court therefore declares, a mistrial.

Done this 2nd day of June, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE