IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cr-196-MEF |
| | ) | |
| ROYCE ANTHONY WILLIAMS | ) | |

# **O R D E R**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. #44) filed on June 1, 2009, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is DISMISSED.

DONE this the 2nd day of June, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE